IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 16 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel ) | |
| TIBERIUS MAYS, ) | Case No. 02 C 5167 |
| Petitioner, ) | |
| VS. ) | |
| ) | |
| NEDRA CHANDLER, ) | |
| Respondent. ) | |

## MOTION FOR DISCOVERY

NOW COMES the petitioner, Tiberius Mays, pro se respectfully moves this Honorablr Court for discovery necessary for the investigation and presentation of the petitioner's writ of habeas corpus, pursuant to 28 UCSA 2254; Rules 26, 30, 34, and 81(a)(2) of the Federal Rules of Civil Procedure;Federal Habeas Corpus Rule Rule 6(a) and 6(b).

As more fully explained in Petitioner's accompanying memorandum in support of Petitioner's request for discovery, Petitioner requires the Court to secure the following initial discovery which is relevant to claims of constitutional errors raised in peitioner's petition for habeas corpus. Petitioner has not had full access to such revelant materials, and requires authority of the Court to secure access to such materials, in order that petitioner may fully investigate petitioner's case and present to this Court all available constitutional claims:

1. Cook County Jail, 2650 S. California, Chicago, Illinois, 60608

   (a) Production of all common law records and pre-sentencing investigations, any handwritten or written notes/reports by Chicago Police about investigations attempt murder and armed robbery of petitioner.

2. Attorney John DeLeon, 53 W. Jackson Blvd. , Chicago, IL. 6060

   (a) Production of all records- including log-books, handwritten notes and written reports-identifying all materials concerning the case.

-1-

3. Attorney Tom Powers, Cook County Public defender, 2650 S. California,

(a) Productions of all records- including log books, handwritten notes and written reports-identifying all and any materials concerning petitioner's case.

WHEREFORE, the Petitioner respectfully request that this motion be granted, and that this Court orders the production of requested materials.

*[signature]*
Tiberius Mays, N-92625

Date: May 10, 2005