| | |
|---|---|
| STATE OF ILLINOIS ) | |
| ) SS | |
| COUNTY OF LEE ) | |

JH

**FILED**

MAY 1 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFFIDAVIT

I, Tiberius Mays, duly sworn upon oath, state as follows:

1. I am the petitioner in this matter

2. Petitioner's answer to the Defendant's Reply id due to be filed on or before May 18, 2005.

3. Since the petitioner spoke with the Honorable Judge on April 20, I have had answer a Partially Motion To Dismiss in case, Mays v. Synder, 04-1001, and am working on an appeal in Mays v. Synder, 01-1254, to the 7th Circuit.

4. Petitioner can not find the Defendant's Reply to his habeas corpus petition after looking in his legal excess box on April 27, 2005.

5. Legal excess box time is only once a week and all the petitioner's legal material dealing with his habeas corpus case in this matter is in his legal excess box, which is stored in Dixon C.C. law library area.

6. This is petitioner's first request for an extension of time to answer or other respond to the defendant's reply for this writ of habeas corpus.

7. Petitioner has moved for extra time not for purposes of delay, but solely to ensure petitioner can meaningfully respond to the petition.

8. Petitioner believes at this time that thirty(30) days will be sufficient to allow petitioner time to meanfully resond to the Defendant's reply.

9. Affiant sayeth nothing further.

_Tiberius Mays_
Tiberius Mays, N-92625

Subscribed and Sworn to before me this _10th_ day of _May_, 20_05_.

_Carole S. O'Neal_
Notary Public

"OFFICIAL SEAL"
Carole S. O'Neal
Notary Public, State of Illinois
My Commission Exp. 05/21/2006

Please return stamped filed copy. Thank you

## CERTIFICATE OF SERVICE

I, Tiberius Mays, Pro Se, certify under the penalty of perjury that I mailed a copy of my Motion For Appointment of Counsel, Motion For Reconsideration of Denial of Stay of Abeyance At Status Hearing/Telephone Conference, Motion For Extension of Time, Affidavit, Motion For Discovery

Attorney General's Office
100 West Randolph St, 12th Fl.
Chicago, IL. 60601

by placing these documents in an envelope with a 1st class money voucher for postage into the hands of the control officer in Unit 28 on May 11, 2005, to be placed in the U.S. postal service mail system.

TIBERIUS MAYS

Subscribed and Sworn to before me this 10th day of May, 2005.

Carole S. O'Neal
Notary Public

"OFFICIAL SEAL"
Carole S. O'Neal
Notary Public, State of Illinois
My Commission Exp. 05/21/2006